No. 97–9185. DUNNUGAN v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–9188. LISLE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 97–9189. MALONE v. SHAPIRO. Ct. App. D. C. Certiorari denied.

No. 97–9190. MASON v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 97–9192. BLOUNT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–9193. JOHNSON v. MELTZER ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9195. HESS v. RYAN, WARDEN, ET AL. Ct. App. Ariz. Certiorari denied.

No. 97–9196. GREGORY v. OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 97–9197. EWING v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–9198. GLEATON v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.; and
No. 97–9264. GILBERT v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 134 F. 3d 642.

No. 97–9201. WHITFIELD v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–9202. ZAMPARDI v. UNITED STATES; and
No. 97–9488. CASSANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 132 F. 3d 646.

No. 97–9205. JOHNSON v. WATERS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 97–9206. CHARLTON v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.